## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| Alberto Perez, | : |
| | :     3:13-cv-0352 (JCH) |
|     Plaintiff, | : |
| v. | : |
| | : |
| George Governale, Muhamet Kabashi, and | : |
| Noona's Brick Oven Pizza of Milford, Inc. | : |
| | : |
|     Defendants. | :     January 22, 2015 |

### STIPULATION OF DISMISSAL WITH PREJUDICE

In accordance with the provisions of Rule 41(a)(1) of the Federal Rules of Civil Procedure, and pursuant to the Court's Orders of December 8, 2014, and January 9, 2015 [Documents 97 and 99], it is hereby stipulated by and between the parties that the Complaint may and shall be dismissed with prejudice and without an award of costs or attorney's fees.

RESPECTFULLY SUBMITTED,

FOR THE PLAINTIFF

_____ / s / _____ Peter Goselin ct06074
The Law Office of Peter Goselin
557 Prospect Avenue, 2nd Floor
Hartford, Connecticut 06105
Tel. 860-580-9675
Fax 860-471-8133
pdgoselin@gmail.com

FOR THE DEFENDANT GOVERNALE

_____ / s / _____ Louis J. Bonsangue ct14586
Louis J. Bonsangue, LLC
Attorneys at Law
1111 Summer Street, 5th Floor
Stamford, CT 06905
Tel:  203-817-0770
Fax: 203-327-3311
ljbattorneys@gmail.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 22, 2015, a copy of the foregoing Stipulation of Dismissal With Prejudice and attachment was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

_____/ s / _____   Peter Goselin